IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | : | |
| | : | |
| v. | : | CIVIL NO. CCB-11-2433 |
| | : | |
| DTM CORPORATION, TRINITY PROTECTION SERVICES, INC. and CSI CORPORATION OF DC | : | |

...o0o...

## **ORDER**

Having been advised by counsel that this case is fully resolved, it is hereby **ORDERED** that:

the Clerk shall **CLOSE** this case.

June 12, 2013                                     /s/
Date                                              Catherine C. Blake
                                                  United States District Judge